IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL JEWISH DEMOCRATIC COUNCIL and MARC R. STANLEY,<br><br>     *Plaintiffs*,<br>  v.<br><br>SHELDON G. ADELSON,<br><br>     *Defendant*. | Case No. 1:18-cv-8787 |

## NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Sheldon G. Adelson's Motion for Reconsideration, and the Exhibit attached thereto, Defendant Sheldon G. Adelson, by and through their counsel, will move this Court before the Honorable J. Paul Oetken United States District Court for the Southern District of New York, Thurgood Marshall, United States Courthouse, 40 Foley Square, New York, NY 10007, at such date and time as the Court shall designate, for an order, pursuant to Federal Rule of Civil Procedure 60 and Local Civil Rule 6.3, granting Plaintiffs' request that the Court: (i) reconsider its Opinion and Order, Dated September 30, 2019, ECF No. 40, to the extent that it denies Defendant's special motions to dismiss pursuant to Rule 12(b)(6) and under the Nevada anti-SLAPP statute; and (ii) grants in part Plaintiffs' motion for summary judgment.

PLEASE TAKE FURTHER NOTICE that Local Civil Rules 6.1(b)(2) and 6.3 require that any opposing affidavits and answering memoranda shall be served within fourteen (14) days

after service of these moving papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

Dated:   October 15, 2019

Michael A. Carvin
(*pro hac vice forthcoming*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
macarvin@jonesday.com

Respectfully submitted,

/s/ Lee A. Armstrong
Lee A. Armstrong
   *Counsel of Record*
James M. Gross
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
laarmstrong@jonesday.com
jgross@jonesday.com