UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL JEWISH DEMOCRATIC COUNCIL et al.,

                Plaintiffs,

-v-

SHELDON G. ADELSON,

                Defendant.

18-CV-8787 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Counsel for the parties are directed to appear for a conference on the Plaintiffs' Motion for Conference (Dkt. No. 57) and Defendant's Motion for Conference (Dkt. No. 58) on December 12, 2019, at 11:00 a.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

The Clerk of Court is directed to close the motions at Docket Numbers 57 and 58.

SO ORDERED.

Dated: December 3, 2019
      New York, New York

_____
J. PAUL OETKEN
United States District Judge