IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL JEWISH DEMOCRATIC COUNCIL, MARC R. STANLEY, and DAVID HARRIS,<br><br>*Plaintiffs*,<br><br>v.<br><br>SHELDON G. ADELSON,<br><br>*Defendant*. | Case No. 1:18-cv-8787 |

### DEFENDANT SHELDON G. ADELSON'S
### MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendant Sheldon G. Adelson respectfully moves that the Court dismiss all claims in the Second Amended Complaint for failure to state a claim upon which relief can be granted.

Dated:   January 3, 2020

Michael A. Carvin
(*pro hac vice forthcoming*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3939
macarvin@jonesday.com

Respectfully submitted,

/s/ Lee A. Armstrong
Lee A. Armstrong
   *Counsel of Record*
James M. Gross
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
laarmstrong@jonesday.com
jgross@jonesday.com

*Counsel for Defendant Sheldon G. Adelson*

## CERTIFICATE OF SERVICE

    I certify that on January 3, 2020, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated:   January 3, 2020                    /s/ Lee A. Armstrong
                                                    Lee A. Armstrong
                                                    *Counsel for Sheldon G. Adelson*