# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL JEWISH DEMOCRATIC COUNCIL and MARC R. STANLEY,<br><br>Plaintiffs,<br><br>v.<br><br>SHELDON G. ADELSON,<br><br>Defendant. | Case No. 1:18-CV-08787-JPO |

**DECLARATION OF L. LIN WOOD**

I, L. Lin Wood, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at the law firm L. Lin Wood, P.C. I was admitted to the Georgia State Bar in 1977 and have been an active member in good standing since then. In addition, I am admitted to practice in the following federal courts: the United States Supreme Court; the United States Court of Appeals for the Second, Ninth, Tenth, and Eleventh Circuits; and United States District Court for the following districts: the Middle District of Georgia, the Northern District of Georgia, the District of Colorado, the Southern District of New York, and the Northern District of California.

2. I was the attorney of record on the Complaint filed in *Adelson v. Harris*, No. 1:12-CV-06052 (S.D.N.Y.), the litigation Mr. Adelson filed against David Harris, Marc Stanley and the National Jewish Democratic Council.

3. As the attorney of record in that case, I can and do confirm that the Complaint was filed in accordance with Federal Rule of Civil Procedure 11 and therefore that the "factual contentions [contained in it had] evidentiary support." Specifically, the factual allegations in the

Complaint were "truthful or… made without knowledge of its falsehood." (I also note that the Complaint and other pleadings otherwise complied with Rule 11 because were filed in good faith and not for any "improper purpose," and the claims contained in them were "warranted by existing law".)

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on  10|11|19
Atlanta, Georgia

_____
L. Lin Wood