**MANDATE**

S.D.N.Y.–N.Y.C.
18-cv-8787
Oetken, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of February, two thousand twenty.

Present:

    Debra Ann Livingston,
    Michael H. Park,
    William J. Nardini,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 17 2020

---

National Jewish Democratic Council, Marc R. Stanley,

        *Plaintiffs-Appellees*,

v.                                              19-3195

Sheldon G. Adelson,

        *Defendant-Appellant*.

---

Appellees move to dismiss the appeal for lack of appellate jurisdiction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED. The district court's order is not immediately appealable under 28 U.S.C. § 1291 or the collateral order doctrine. *Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978); *Ernst v. Carrigan*, 814 F.3d 116, 119–22 (2d Cir. 2016).

                                              FOR THE COURT:
                                              Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/17/2020