UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL JEWISH DEMOCRATIC COUNCIL, MARC R. STANLEY, and DAVID HARRIS,

                Plaintiffs,

-*against*-

SHELDON G. ADELSON,

                Defendant.

Case No. 1:18-cv-8787

---

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Sheldon G. Adelson, without attorneys' fees, costs, or disbursements to any party.

Dated:   March 17, 2020
          New York, New York

| EMERY CELLI BRINCKERHOFF & ABADY LLP | JONES DAY |
|---|---|
| *(signature)* | *(signature)* |
| Richard D. Emery | Lee A. Armstrong |
| O. Andrew F. Wilson | James M. Gross |
| Andrew K. Jondahl | 250 Vesey Street |
| 600 Fifth Avenue, 10th Floor | New York, New York 10281 |
| New York, New York 10020 | (212) 326-3939 |
| (212) 763-5000 | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

1